642

474 A.2d 658

Commonwealth v. Rose, Appellant.

Petition for Allowance of Appeal
Denied Aug. 9, 1984.

Argued February 8, 1984. Claudia Davidson, for appellant; Kenneth J. Benson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.

474 A.2d 659

Commonwealth v. Russell, Appellant.

Submitted November 7, 1983. Harold N. Fitzkee, Jr., for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.